IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 mc 02

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC, ) ) ) ) Plaintiffs ) ) v ) ) CORINNA JANG, et. al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the undersigned pursuant to Notice to Claim Exempt Property (#5) filed by Defendant/Judgment Debtor, Christine F. Perry and the Receiver's Response and Objections made by the Plaintiff/Judgment Creditor to Debtor's Notice to Claim Exempt Property (#6). The undersigned had entered an Order (#7) setting a hearing, pursuant to N.C.G.S. § 1C-1603(e ), to determine whether or not the Defendant/Judgment Debtor is entitled to the exemptions requested and to determine the value of any property that may be exempt. The hearing was to take place on June 6, 2017. On June 5, 2017 Plaintiff/Judgment Debtor contacted the Clerk of Court's Office and requested that the hearing scheduled by this Court be postponed due to a possibility that the Defendant/Judgment Debtor would be able to satisfy the outstanding debt. The

1

undersigned has not had any contact thereafter from either party and as a result, the undersigned will schedule a hearing in regard to this matter for July 6, 2017.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the undersigned shall conduct the hearing that was previously scheduled in this matter in Courtroom #2 of the United States Courthouse in Asheville, NC on **July 6, 2017 at 9:00 a.m.** Both the attorney for the Plaintiff/Judgment Creditor is given notice of his opportunity to appear at the hearing and the Defendant/Judgment Debtor is hereby given notice of her opportunity to appear at this hearing. The parties should view the previous Order (#7) entered by this Court to be prepared to present testimony and evidence regarding the issues to be determined in this case. The parties are notified this will be full hearing and not a status hearing.

Signed: June 14, 2017

Dennis L. Howell
United States Magistrate Judge