IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 mc 02

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC, )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>CORINNA JANG, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** came before the undersigned pursuant to an Order to show cause (#14) directing that Jason L. Nohr, David R. Payne and Brian W. Sharpe appear before the Court on July 31, 2017 and show cause why each of them should not be held in contempt of the Order of this Court for their failure to appear. On July 31, 2017, Mr. Nohr, Mr. Payne and Mr. Sharpe each appeared before the undersigned and each showed good cause as to why they should not be held in contempt and therefore, this Court's Order (#14), will be dismissed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Order (#14) to show cause entered in this matter directing that Jason L. Nohr, David R. Payne and Brian W. Sharpe appear and show cause why each of them should not be held in contempt of

1

the Order of this Court is hereby **DISMISSED.**

Signed: August 15, 2017

Dennis L. Howell
United States Magistrate Judge